_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
June 02, 2023

Blakeley E. Griffith (NV Bar No. 12386)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bgriffith@swlaw.com

*Attorneys for Purpose Financial*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br>JOHN POTTS, III,<br>　　　　　Debtor. | Case No. 22-13209-abl<br><br>Chapter 13<br><br>**ORDER GRANTING FOURTH STIPULATION TO CONTINUE HEARING ON MOTION TO DETERMINE PURPOSE FINANCIAL'S WILLFUL VIOLATION OF THE AUTOMATIC STAY AND REQUEST TO RECOVER PUNITIVE DAMAGES, ATTORNEY'S FEES AND SANCTIONS**<br><br>**Old Hearing Date: June 14, 2023**<br>**Old Hearing Time: 9:30 a.m.**<br><br>**New Hearing Date: July 19, 2023**<br>**New Hearing Time: 9:30 a.m.** |

　　　The Court having reviewed the *Fourth Stipulation to Continue Hearing on Debtor's Motion to Determine Purpose Financial's Willful Violation of the Automatic Stay and Request to Recover Punitive Damages, Attorney's Fees and Sanctions* ("Stipulation") entered into by Purpose Financial ("Purpose"), and Debtor John Potts, III ("Debtor" or "Potts" and together with Purpose, the "Parties"), and good cause appearing:

　　　**IT IS HEREBY ORDERED** that the Stipulation is granted;

4895-9184-0615

1. **IT IS FURTHER ORDERED** that the hearing scheduled for June 14, 2023 at 9:30 a.m. be continued to **July 19, 2023 at 9:30 a.m**.;

2. **IT IS FURTHER ORDERED** that the deadline for Purpose to file its opposition to the Motion will be **July 5, 2023**;

3. **IT IS FURTHER ORDERED** that the deadline for Debtor to file his reply in support of the Motion will **July 12, 2023**;

4. **IT IS FURTHER ORDERED** that the hearing scheduled for June 14, 2023 at 9:30 a.m. be **vacated.**

**IT IS SO ORDERED.**

Respectfully submitted by:

SNELL & WILMER L.L.P.

 /s/ Blakeley E. Griffith
Blakeley E. Griffith (NV Bar No. 12386)
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252

*Attorneys for Purpose Financial*

###